UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WARREN E. BELL, SR.,

                Plaintiff,

    v.

MAPFRE INSURANCE, RANJIT KAUR,

                Defendants.

CASE NO. 2:17-cv-1420-RSL

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

     Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**.  Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

     The Clerk is directed to send a copy of this Order to plaintiff.

     DATED this 22nd day of September, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge