UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
WARREN E. BELL, SR.,                )
                                    )
                    Plaintiff,      )   No. C17-1420RSL
                                    )
        v.                          )
                                    )   ORDER
MAPFRE INSURANCE and RANJIT KAUR,   )
                                    )
                    Defendants.     )
_____)

This matter comes before the Court on "Plaintiff's Motion to Voluntarily Dismiss Case." Dkt. # 11. Because the opposing parties have served neither an answer nor a motion for summary judgment, the dismissal is effective without order of the Court and is without prejudice. Fed. R. Civ. P. 41(a)(1). The Clerk of Court is directed to close this case.

Dated this 25th day of October, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER